



1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6          IN THE UNITED STATES DISTRICT COURT FOR THE

7               EASTERN DISTRICT OF CALIFORNIA

8

9                              )     CASE NO. 1:12-mj-225
10 UNITED STATES,              )
                               )
11         Plaintiff,          )
                               )     MOTION AND ORDER TO UNSEAL
12     v.                      )     COMPLAINT
                               )
13 Juan Manuel Rodriguez, et al., )
                               )
14         Defendants.         )
   _____)

15

16     The United States of America hereby applies to this Court

17 for an order pursuant to Rule 6(e) of the Federal Rules of

18 Criminal Procedure.  There no longer exists any reason to keep

19 the complaint underseal as the defendant has been arrested.

20     Based on the foregoing, the United States respectfully

21 requests that the complaint be unsealed and made public record.

22                             Respectfully submitted,

23 Dated: September 25, 2012    BENJAMIN B. WAGNER
                                United States Attorney
24

25                             /s/ Laurel J. Montoya_____
                                LAUREL J. MONTOYA
26                              Assistant U.S. Attorney

27

28

1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10

11
                                    )    CASE NO. 1:12-mj-225
12 UNITED STATES,                    )
                                     )
13          Plaintiff,               )
                                     )    ORDER TO UNSEAL
14     v.                            )    COMPLAINT
                                     )
15 Juan Manuel Rodriguez, et al.,    )
                                     )
16          Defendants.              )
   _____)

17

18
        This complaint was sealed by Order of this Court pursuant to
19
   Rule 6(e) of the Federal Rules of Criminal Procedure.
20
        IT IS HEREBY ORDERED that the case be unsealed as to Juan
21
   Manuel Rodriguez, et al., and be made public record.
22

23

24 DATED: September 26, 2012     _____
                                    Barbra A. McAuliffe
25                                  U.S. Magistrate Judge

26

27

28